Leo T. OLSON, Plaintiff/Respondent,

v.

Bradley A. HENRICHS and Ambassador Group, Inc., Defendant/Appellants,

and

Paramount Properties, Inc., Defendant.

No. WD 51147.

Missouri Court of Appeals, Western District.

March 26, 1996.

Benny J. Harding, Kansas City, for appellants.

Gerard Eftink, Kansas City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

The trial court granted summary judgment in favor of plaintiff and against defendants Henrichs and Ambassador Group on plaintiff's breach of contract claim. Defendants appeal. There is no precedential value in publishing an opinion, therefore, the trial court's judgment is affirmed pursuant to Rule 84.16(b).

FIRST CITY BANK, Respondent,

v.

Aaron FOWLER and Sherry L. Fowler, Appellants,

and

Michael D. Carroll and Debra Carroll, d/b/a Hoke Tow Service, Defendants.

No. WD 50833.

Missouri Court of Appeals, Western District.

March 26, 1996.

James W. Henry, Bruce D. Roberson, Kansas City, for appellants.

J. Neal Sawyer, Sinclair, Sawyer, Thompson, Haynes & Cowing, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Aaron Fowler and Sherry L. Fowler appeal from the trial court's entry of judgment in favor of First City Bank on its suit for replevin and the balance due on a promissory note. The Fowlers contend the trial court abused its discretion by denying them leave to file an amended answer, counterclaim and third-party petition. The judgment of the trial court is affirmed. Rule 84.16(b).